UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIAN ISAIS UMANA UMANA,

Petitioner,

v.

WARDEN, DESERT VIEW FACILITY,

Respondent.

No.  1:26-cv-03882-TLN-SCR

ORDER

Petitioner, an immigrant detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a motion for a temporary restraining order.  This court will not rule on petitioner's temporary restraining order.

Petitioner is detained at the Desert View Modified Correctional Facility located in San Bernardino County.  Jurisdiction over this § 2241 petition is proper only in the district in which petitioner's immediate custodian is located.  See Doe v. Garland, 109 F.4th 1188 (9th Cir. 2024) (holding that an individual challenging civil immigration detention must file their petition in the district of confinement where the immediate custodian is located).  Petitioner's custodian is located in the Central District of California.  Accordingly, pursuant to 28 U.S.C. § 1631 in the interests of justice this action will be transferred to the United States District Court for the Central District of California.

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Central District of California.

DATED: May 26, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2