JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELIAN ISAIS UMANA UMANA,

Petitioner,

v.

WARDEN, DESERT VIEW FACILITY,

Respondent.

Case No. 5:26-cv-03063 KK (JDE)

JUDGMENT

It is hereby adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order Granting the Petition (Dkt. No. 13), and Respondent is (1) ordered to immediately release Petitioner Elian Isais Umana Umana (A# 241-829-199) from their custody; (2) ordered to return any confiscated property and documents to Petitioner upon his release; (3) enjoined from re-detaining Petitioner under 8 U.S.C. § 1226 without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical

custody is required; and (4) ordered to file a status report regarding their compliance with the Court's Order no later than three (3) court days of Petitioner's release.  (JS-6)

Dated:  June 12, 2026

_____
THE HONORABLE KENLY KIYA KATO
United States District Judge

2